No. 2988.—Pueblo, apdo., *v.* Burgos, aplte.—C. D. San Juan. Enero 28, 1927. Vista la moción del apelante y el artículo 356 del Código de Enjuiciamiento Criminal enmendado en 1908, requiérase al Secretario de la corte inferior para que remita a este Tribunal Supremo certificación de las instrucciones dadas por la corte de distrito al jurado en este caso; y no alegándose que, de acuerdo con la Ley No.

4 de 29 de abril de 1925, el apelante haya solicitado en la corte inferior dentro de los diez días siguientes a su apelación que el taquígrafo hiciera una transcripción de la evidencia del caso, ni tampoco que haya sido aprobada por dicha corte transcripción alguna de la evidencia, no ha lugar a ordenar al Secretario de esa corte que remita la transcripción de la evidencia.